IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYLVIA LONG, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-cv-547-O |
| H&P CAPITAL, INC., | § | |
| Defendant. | § | |

**ORDER**

Before the Court is attorney for H&P Capital Steven R. Dunn's Motion to Withdraw as Counsel (ECF No. 77), filed March 21, 2013 and the parties' Joint and Unopposed Motion to Vacate the March 28, 2013 Pretrial (ECF No. 78), filed March 21, 2013. The Court previously ordered the parties to file a Joint Status Report on whether their clients continue to desire a jury trial or whether they waive their jury demand. *See* Order, Mar. 21, 2013, ECF No.79. The parties filed their Joint Status Report and informed the Court that both Plaintiff and Defendant have agreed to waive their jury demand. *See* Joint Status Report, ECF No. 80. The Court finds these motions are well-taken and should be and are hereby **GRANTED**.

Accordingly, it is **ORDERED** that Steven R. Dunn should be withdrawn as counsel on this case. The Court notes that corporations, such as H&P Capital, Inc., may only appear in federal court through a licensed attorney. *See* 28 U.S.C. § 1654; *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993); *see also Donovan v. Rd. Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984). Accordingly, it is **ORDERED** that the pretrial conference scheduled for March 28, 2013 and

the trial setting are hereby **CANCELLED**.  Finally, Plaintiff is **ORDERED** to file any motion for summary judgment on her claims on or before **April 19, 2013,** and serve Defendant at the address below.

The clerk is **directed** to mail a copy of this Order to Defendant's last known address at 7960 Baymeadows Way, Suite 300, Jacksonville, FL 32256 and to email a copy to npooler@hpcapitalinc.com.  Should Defendant wish to appear in this matter, it will need to have an attorney appear on its behalf.  The failure to have an attorney appear on its behalf may result in a judgment being entered against it.

**SO ORDERED** on this **25th day** of **March, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**