IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYLVIA LONG, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:11-cv-00547 |
| H&P CAPITAL, INC., | § § § | |
| Defendant. | § § § | |

**FINAL JUDGMENT**

The Court has issued its Order granting Plaintiff Sylvia Long's ("Long") Motion for Summary Judgement against Defendant H&P Capital, Inc. ("H&P"). Order, July 23, 2013, ECF No. 83. Long filed declarations and records providing necessary details that have enabled this court to reasonably calculate the correct attorneys' fees and costs to be awarded. *See generally* Pl.'s Mot. Att'y's Fees, ECF 84. It is therefore **ORDERED, ADJUDGED, and DECREED** that Plaintiff Long recover:

1. Statutory damages from H&P in the amount of $1,000.

2. Attorneys fees from H&P in the amount of $41,933.00.

3. Costs of the action from H&P in the amount of $755.64.

4. Pursuant to 28 U.S.C. § 1961, Long is awarded post-judgment interest in the amount of 0.11% per annum, compounded annually, on all amounts awarded, for which H&P is liable.

**SO ORDERED** on this **2nd day** of **August, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE